# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:09-cv-00187-RWS-SSC
### Teal v. City of Dahlonega, Georgia, et al
### Honorable Susan S. Cole

Minute Sheet for proceedings held In Chambers on 08/24/2010.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 11:45 A.M.     DEPUTY CLERK: Christina Klimenko
TIME IN COURT: 00:15

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Amy Auffant representing City of Dahlonega, Georgia<br>Elliott Friedman representing City of Dahlonega, Georgia<br>Dustin Marlowe representing Pamela Teal |
| PROCEEDING CATEGORY: | Telephone Conference(Non-final Pretrial Conference); |
| MINUTE TEXT: | Teleconference held to discuss Defendant City's assertion of attorney-client privilege during deposition of a former member of the City Council; Defendant was advised to file a motion for protective order no later than 14 days; responses due 14 days thereafter and no reply to be filed unless directed by the court. |